UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DEBORAH PORTER CAHILL,**

    **Plaintiff,**

v.                                          Case No. 3:13-cv-231-J-20JRK

**TARGET CORPORATION, a Foreign
Profit Corporation,**

    **Defendant.**

_____/

## ORDER

This cause is before this Court on "Defendant Target Corporation's Amended Motion in Limine and Memorandum of Law" (Dkt. 45) and Plaintiff's response thereto (Dkt. 47).

Accordingly, it is hereby **ORDERED**:

Defendant's Motion in Limine and Incorporated Memorandum of Law (Dkt. 45) is **GRANTED in PART and DENIED in PART** as follows:

1) Neither party shall be permitted to comment on the opposing party's failure to call a particular witness;

2) Plaintiff's counsel is permitted to comment or present evidence that the Plaintiff's April 5, 2010 lumbar or January 31, 2011 cervical surgical procedures were related to the Target accident;

3) Neither party may make any comments, or present testimony, medical records or other evidence about the Plaintiff's previous miscarriage and/or pregnancy issues, marital problems, custody issues, death of her children, court battles with her ex-husband. Medical records pertaining to the aggravation of Plaintiff's pre-existing condition may be used; and

4) Plaintiff will be permitted to comment on, present testimony, medical records and other evidence about how Plaintiff wanted to adopt the baby she was caring for at the time of the Target

store accident.

DONE AND ENTERED at Jacksonville, Florida, this ___ day of October, 2014.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Nicholas Louis Ottaviano, Esq.
William T. Stone, Esq.
Dana Jacobs, Esq.