## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

---

**DEBORAH PORTER CAHILL**                    **CASE NO. 3:13-cv-231-J-20JRK**

**v.**

**TARGET CORPORATION**

Counsel for Plaintiff:                    Counsel for Defendants:
Nicholas Ottaviano                        William Stone
Thomas Roebig, Jr.                        Dana Jacobs

---

**HONORABLE HARVEY E. SCHLESINGER, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marsha Grant
Court Reporter: Celeste Werheiser/Cornerstone

---

### CLERK'S MINUTES

**PROCEEDINGS OF:** **JURY TRIAL**

Initial matters before the Court.

Trial Resumes 9:38 a.m.

Plaintiff's Witnesses:        Deborah Cahill

Plaintiff's Exhibits:         39, 40

Defendant's Exhibits:         37, 38

Plaintiff Rests.

Defendant Rests.

Charge Conference.

Defendant's Ore Tenus Motion for Direct Verdict (Rule 50) - **TAKEN UNDER ADVISEMENT**

Closing Arguments.

Court's Instructions to the Jury.

Jury in Deliberation at 1:43 p.m.

Filed in Open Court:        Plaintiff's Exhibit List
                           Defendant's Exhibit List

Plaintiff's Witness List
Defendant's Witness List
Court's Instructions to the Jury
Verdict Form

Verdict Returned at 4:15 p.m.

Verdict for Defendant.  Jury Polled - all in agreement.

Jury dismissed at 4:22 p.m.

Judgment to enter.

---

**DATE: October 10, 2014**
**TIMES: 9:23 am - 12:19 pm/ 1:18 pm - 4:25 pm    TOTAL: 6 hours/ 3 minutes**