

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

DEBORAH PORTER CAHILL,   Case No: 3:13-CV-231-5-20JRK

    Pro Se Plaintiff,

v.

TARGET CORPORATION,

a Foreign Profit Corporation,

    Defendant,

---

### PLAINTIFFS MOTION TO STRIKE ORDER OF MARCH 11, 2015

Pro se Plaintiff, Deborah Cahill comes now and motions this court to strike this order for reasons of:

1. Pr Se Plaintiff originally requested to proceed informa pauperis via motion to this court, on **11/4/2014 (docket number 77)**. This court denied that motion on **11/12/2014, (docket number 80).**

2. Pro se **Plaintiff filed a Notice of Appeal, 11/17/2014, (docket number 84),** which appealed the denied motion by this court **to proceed in forma pauperis and redact the judgment,** re open the case, remand back to State Court, for reasons of the matter of law being the jury verdict was contradictory to the evidence in the case. That is currently before the appeals court, pending decision of proceeding in forma pauperis, and Plaintiff is waiting to file her brief, of the appeal of the judgment, verdict, and other relative matters. This court also issued another order dated **11/19/2014 denying the motion** to reconsider, because an appeal had been filed and the motion was moot. **(docket number 87)**

3. Plaintiff now comes before this court and advises that the recent order, **(document 157)** dated **3/12/2015** Order is moot because the matter is pending in the appeals court.

4. On **December 23, 2014,** Plaintiff **amended her complaint,** according to the Federal Rules of Procedure, **Docket Number 111,** for reasons of co joining parties, Sedgwick Claims and ACE America Insurance, after receiving a letter from defense attorney Stone, stating he was hired by

Sedgwick Claims to defend this case in court and trial. Sedgwick was never named as a co joiner or co-defendant, as Target's Third Party Claims Administrator, nor had Ace America Insurance been co joined or added as a defendant though they were the insurer of Target's Casualty Insurance. Judge Klindt struck that motion on **12/29/2014 (docket Number 113).** Plaintiff filed several motions to reconsider and also appealed this order. **That appeal and the motions associated with that appeal has been withdrawn. Sedgwick Claims, nor Ace America Insurance has been added, as required by law, to this claim against Target, either co-joined, third party, or co-defendant.**

5. On **November 4, 2014,**, Defense filed a motion for Taxation of Costs. **Docket number .76.** Taxable costs according to the Federal Rules of Procedure are costs that are administrated by the clerk of court, not the defense attorney motion. That order was granted on **12/18/2014, Docket Number 106.** Plaintiff filed motion responding to motion for costs on **11/17/2014, Docket number 89.** Plaintiff filed another motion asking for relief from order of Taxable costs on **12/09/2014 Docket number 101.**

6. Plaintiff **filed an appeal on the order** denying relief from **Taxable costs on 1/15/2015 docket number 137**, after numerous motions for reconsideration had been denied. That appeal is pending in the appellate court. Plaintiff has asked to proceed informa pauperis in that appeal also.

7. On **1/27/2015,** Plaintiff filed another appeal, **Docket Number 136** for motion to proceed informa pauperis in the appeal against the order for taxable costs appeal, and was denied **1/15/2015, Docket 121.** That denial to proceed informa pauperis was also appealed. That motion is currently pending in the appeals court.

Wherefore, having been denied proceeding informa pauperis, on numerous occasions, all of the denials and these orders are currently under appeal, in the Eleventh Circuit.

Therefore, this recent order, dated March 11, 2015, is moot. The issue of continuing to deny redacting the order for taxable costs is also moot, since that order is also pending in the Eleventh Court of Appeals. This order should be stricken.

Submitted by Deborah Cahill, Pro Se Appellant, March 18, 2015

_D. Cahill_

Deborah Cahill Pro Se

121 15th Avenue South Jacksonville Beach, FL  32250  904 802 194  pordpor1955@yahoo.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT, ON THIS **18th DAY OF March, 2015**, A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN FURNISHED VIA ELECTRONIC MAIL TO

**ACE American Insurance**

c/o **Florida Chief Financial Officer as RA**

**200 East Gaines Street, Tallahassee, FL 32399**


**ACE American Insurance**

**436 WALNUT STREET P.O. BOX 1000,**

**PHILADELPHIA PA 19106**


**Sedgwick Claims Management**

**1100 RIDGEWAY LOOP ROAD, STE. 200,**

**MEMPHIS TN 38120-4057**


Jason Chrast Claims Examiner III

Target Guest Reporting

PO Box 14453

Lexington KY  40512


Target  Corporation

PO Box 9350

Minneapolis MN 55440 9350

Sedgwick CMS

33 S 6th Street

Suite CC 2820

Minneapolis, MN 55402

**Target Corporation**

Omar Concepcion, (**Former Target Employee**), C/O William Stone, Esquire, 245 Riverside Avenue Suite 400, Jacksonville, Florida 38120, ( **no address for Omar Concepcion, Houston, TX)**

**William Stone by email**

Title SEC. BAER, TIMOTHY R 1000 NICOLLET MALL, TPS-2672 MINNEAPOLIS, MN 55403

**and to DEFENDANTS BY US MAIL, RETURN RECEIPT**

    **Name of Licensee:  SAYLOR, THOMAS LEO**

    **License #:     P053025**

    **Business Location: BOCA RATON, FLORIDA**

Mr. Thomas S Saylor
**Insurance Dispute Resolutions**
**22045 Aquila Street**
**Boca Raton, FL 33428**
**Tel: (561) 206-6189 • Fax: (561) 206-6275**
Email: thomassaylor@att.net

    **Submitted this 18th day of March, 2015 by**

_____ (signature: D Cahill)

**Deborah Porter Cahill,**
**Plaintiff (PRO SE)**
(pordpor1955@yahoo.com) 121 15th Avenue, Jacksonville Beach, Florida 32250

(904) 802-1949